IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE SCHILLINGER and RUTH SCHILLINGER, on behalf of themselves and all others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| vs. | ) ) **CIVIL NO. 06-138-GPM** |
| **360NETWORKS USA, INC., a/k/a 360Networks, Inc., f/k/a Worldwide Fiber, Inc., f/k/a Pacific Fiber Link,** | ) ) ) ) ) |
| **Defendant.** | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on Plaintiffs' unopposed motion to continue the deadline for filing their response to Defendant's motion to dismiss and set aside order of default. Having been fully considered by the Court, the motion (Doc. 32) is **GRANTED**.

It is **ORDERED** that the February 9, 2006, Order of Default entered by the Circuit Court of Madison County is **SET ASIDE**. Plaintiffs' deadline for responding to Defendant's motion to dismiss is continued. Plaintiffs are **granted leave** to file an amended complaint **on or before June 30, 2006**. Defendant is **granted** 30 days after service of Plaintiffs' amended complaint to answer or otherwise respond thereto. If Defendant renews its motion to dismiss, Plaintiffs shall file their response thereto within 20 days.

**IT IS SO ORDERED.**

DATED: 06/13/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge